IN THE UNITED STATES DISTRICT COURT
MIDDLE GEORGIA DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARIAN C. BATTLE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NIKE ATHLETIC COMPANY )<br>)<br>Defendants. )<br>)<br>)<br>) | CIVIL ACTION<br>FILE NO. 5:05-CV-126<br><br>11:13  A<br>December 7, 2006<br>Wanda C. Doniker |

## ORDER

The foregoing petition having been read and considered, and it appearing upon the hearing that the facts set out in the petition are true and that said settlement is fair, reasonable and just, that the same is made in good faith, and will be in the best interest of the said minor and will advance the interests of said minor;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff be and is hereby authorized to consummate said settlement as prayed in said petition, and to execute any and all agreements, receipts, releases or other documents necessary or proper to effect such settlement, and that such agreements, receipts, releases or other documents shall constitute the full, final and complete settlement of any and all actions, causes of action, claims or demands which the above-named minor may have against those

parties to the settlement named in the petition, as fully and completely as if said ward had executed said agreements, receipts, releases or other documents individually.

SO ORDERED this __7__ day of __Dec_____, 2006.

_Hugh Lawson_
Judge

_____12/7/06_____
Dated